UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER M. BAUM,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No. CV-10-00159-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION TO REMAND PURSUANT TO<br>SENTENCE FOUR OF 42 U.S.C.<br>§ 405(g) |

BEFORE THE COURT is the parties' stipulated Motion to Remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 21.) Attorney Maureen Rosette represents Plaintiff Christopher Baum; Special Assistant United States Attorney Richard Rodriguez represents Defendant. The parties have consented to proceed before a magistrate judge. (Ct. Rec. 8.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' stipulated Motion to Remand **(Ct. Rec. 21)** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings, including further development of the record, a new hearing and a new decision, pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) shall (1) consider and weigh all opinion evidence, including medical opinions of Dr. Arnold; (2) further consider Plaintiff's residual functional

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

capacity; and (3) with the assistance of a vocational expert, further consider whether Plaintiff can make an adjustment to any other work existing in significant numbers in the national economy. Plaintiff may present new arguments and evidence. The ALJ may perform further development of the record and conduct further proceedings as necessary.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment (**Ct. Rec. 15**) is stricken as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED April 21, 2011.

                  S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2