1

2          **UNITED STATES DISTRICT COURT**

3          **EASTERN DISTRICT OF WASHINGTON**

4

5   CHRISTOPHER M. BAUM            )
                                   )
6              Plaintiff,          )
                                   )          NO.  CV-10-00159-CI
7          vs.                     )
                                   )          **JUDGMENT IN A**
8   MICHAEL J. ASTRUE,             )          **CIVIL CASE**
    Commissioner of Social Security, )
9                                  )
               Defendant.          )
10                                 )
                                   )
11  _____)

12      **STIPULATION BY THE PARTIES:**

13          The parties have stipulated to the remand of the captioned matter pursuant to

14  sentence four of 42 U.S.C. § 405(g).

15      **IT IS ORDERED AND ADJUDGED** that:

16          The matter is **REMANDED** for additional proceedings pursuant to sentence

17  four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18  **CLOSED.**

19          DATED this 21st day of April, 2011.

20                                          JAMES R. LARSEN
                                            District Court Executive/Clerk
21

22

23                                          by:     s/Jaime White
                                                    Deputy Clerk
24

25  cc: all counsel

26